IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| LEZLEY B. ANDERSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 1:19-cv-00042-LAG |
| | ) |
| SUMTER COUNTY SCHOOL DISTRICT | ) |
| and SUPERINTENDENT TORRANCE | ) |
| CHOATES, in his Individual Capacity, | ) |
| | ) |
|    Defendants. | ) |
| | ) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)**

COME NOW, Plaintiffs and Defendants, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby file their Joint Stipulation of Voluntary Dismissal With Prejudice of the above-captioned matter. As a result of the filing of this Joint Stipulation pursuant to Fed.R.Civ.P. 41(a)(1)(ii), this action is dismissed with prejudice and should be marked as administratively closed and terminated by the Clerk of Court.

Respectfully submitted this 22nd day of March, 2021.

| | |
|---|---|
|  *s/ Kenneth E. Barton, III*  |  *s/ Kenneth P. Robin*  |
| KENNETH E. BARTON III | KENNETH P. ROBIN |
| Georgia Bar No. 301171 | Georgia Bar No. 609798 |
| M. DEVLIN COOPER | krobin@jarrard-davis.com |
| Georgia Bar No. 142447 | JARRARD & DAVIS, LLP |
| COOPER, BARTON & COOPER, LLP | 222 Webb Street |
| 170 College Street | Cumming, GA 30040 |
| Macon, Georgia 31201 | 678-455-7150 (telephone) |
| 478-841-9007 (telephone) | 678-455-7149 (facsimile) |
| 478-841-9002 (facsimile) | |
| keb@cooperbarton.com | *Attorneys for Defendants* |
| mdc@cooperbarton.com | |

*(signed by Kenneth P.
Robin, Esq. with express permission)*

MASON G. BRYAN
Georgia Bar No. 172044
Law Office of Mason G. Bryan
P.O. Box 27566
Macon, Georgia 31210
mason@mbryanlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| LEZLEY B. ANDERSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| v. ) | |
| ) | 1:19-cv-00042-LAG |
| SUMTER COUNTY SCHOOL DISTRICT ) | |
| and SUPERINTENDENT TORRANCE ) | |
| CHOATES, in his Individual Capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that in accordance with LR 5(B), I have this date electronically filed the within and foregoing **Joint Stipulation of Voluntary Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(ii)** in the above-styled civil action with the Clerk of Court by using the Court's CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record in this matter who are CM/ECF participants.

This 22nd day of March, 2021.

|  |  |
|---|---|
|  | **JARRARD & DAVIS, LLP** |
|  | */s/ Kenneth P. Robin* |
| 222 Webb Street | Kenneth P. Robin |
| Cumming, GA 30040 | Georgia Bar No. 609798 |
| 678-455-7150 (telephone) | krobin@jarrard-davis.com |
| 678-455-7149 (facsimile) | Attorney for Defendants |